IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH TAYLOR,** | Case No. C 12-0376 CRB (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **R. E. BARNES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 5, 2012 to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

Dated: Nov. 2, 2012

The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer