**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH TAYLOR, AB7038,

    Petitioner,

v.

VIMAL SINGH, Warden,

    Respondent.

No. C 12-0376 CRB (PR)

ORDER

Petitioner has filed a request for discovery in these federal habeas proceedings. The court requests that respondent file a response to petitioner's request within 15 days of this order.

SO ORDERED.

DATED: Nov. 21, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.12\Taylor, K.12-0376.disc.dny.wpd